In the Matter of Summary Proceedings. ROCKAWAY POINT COMPANY, INC., Respondent, v. NILS FRIBERG, Appellant.— Motions for stay granted so far as to stay execution of warrant, upon condition that appellant perfect both appeals and bring cases on for argument on Tuesday, June 14, 1921; otherwise, motions denied, with ten dollars costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Petition of HANNAH TAYLOR to Prove the Last Will and Testament of CHARLES C. TAYLOR, Deceased. ABIGAIL PORTER HILL, Appellant; FRANCIS H. GILBERT, as Executor, etc., of HANNAH E. TAYLOR, Deceased, Respondent.— Motion denied upon condition that appellant perfect the appeal, place the case on the calendar for Tuesday, June 14, 1921, and be ready for argument when reached; otherwise, motion granted, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ANNIE V. MARTIN, as Administratrix, etc., of MICHAEL McCARTHY, Deceased, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Motion denied, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

THOMAS M. McMAHON, Appellant, v. WAINWRIGHT & SMITH COMPANY, INC., Respondent.— Motion denied.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOHN McNULTY, an Infant, by LUCY McNULTY, His Guardian ad Litem, Respondent, v. WILLETT I. WAGNER, by WILLETT L. WAGNER, His Guardian ad Litem, Appellant.— Motions denied, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

CHARLES W. NOYES, JR., Respondent, v. HOWARD E. WHEELER, Appellant.— Motion denied, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. '

ANDREW E. REMICK, Appellant, v. CHRISTIANE CARLSON and JOHN CARLSON, etc., Respondents.— Motion for stay denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

PHILIP ROSENBLUM, Respondent, v. MORRIS ROSEN, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the October calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOHN C. STEHL and Others, Respondents, v. ROBERT W. BOENIG, Appellant.— Motion denied on condition that the case be placed on the calendar for the October term, 1921, and argued when reached; otherwise, motion granted, with ten dollars costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion granted on condition that the stay be continued.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.